UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CATALINA FRANCO CUBIDES,

        Petitioner,                      Case No. 1:26-cv-366

v.                                                   Honorable Paul L. Maloney

KEVIN RAYCRAFT,

        Respondent.
_____/

**ORDER OF TRANSFER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee, initiated this action by filing a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1; Suppl. to Pet, ECF No. 3.) In the § 2241 petition, Petitioner names Kevin Raycraft, the ICE Detroit Field Director, as the sole Respondent.[1] For the reasons set forth below, the Court will transfer this action to the United States District Court for the Northern District of Ohio.

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Further, pursuant to 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." 28 U.S.C. § 1404(a).

---

[1] The ICE Detroit Field Office's "area of responsibility" includes both Michigan and Ohio. *See* https://www.ice.gov/field-office/detroit-field-office (last visited Feb. 11, 2026).

Here, when Petitioner initiated this action, she was detained at the Corrections Center of Northwest Ohio in Stryker, Williams County, Ohio. (Pet., ECF No. 1, PageID.1.) Although Respondent Raycraft's area of responsibility includes both Michigan and Ohio, Petitioner has no apparent connection to the Western District of Michigan, and Petitioner was detained in Williams County, Ohio, when she initiated this action. Williams County is within the geographical boundaries of the Northern District of Ohio. 28 U.S.C. § 115(a). Under these circumstances, in the interest of justice, the Court will transfer this action to the Northern District of Ohio.

Accordingly,

**IT IS ORDERED** that this case be transferred to the United States District Court for the Northern District of Ohio.

Dated:  February 17, 2026           /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge